# United States Court of Appeals
# for the Federal Circuit

---

January 13, 2022

## ERRATA

---

Appeal Nos. 2020-1950, 2020-2028

**TRUSTID, INC.,**
*Appellant*

**v.**

**NEXT CALLER, INC.,**
*Cross-Appellant*

Decided:  September 27, 2021
Non-precedential Opinion

---

Please make the following change:

Page 18, line 27 change "claims 1–7, 12–14, 16–18, 21, and 22" to "claims 1–7, 12–14, 16–18, and 22".